BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Tekeema Renee Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-04-0006 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PROBATION FORM 12 |
| v. | |
| TEKEEMA RENEE TAYLOR, | Date: July 16, 2008 |
| Defendant. | Court: Honorable William H. Alsup |

The undersigned parties stipulate as follows:

1. On November 15, 2006, this Court issued an order for summons for Ms. Taylor to appear in court for a hearing on a Probation Form 12 alleging violations of the terms of her supervised release;

2. On December 8, 2006, the Probation Department filed an Amended Form 12 alleging additional violations of the terms of Ms. Taylor's supervised release;

3. On January 29, 2007, the Probation Department filed an Amended Form 12 alleging additional violations of the terms of Ms. Taylor's supervised release;

STIPULATION TO WITHDRAW FORM 12
No. CR-04-0006 WHA

1

4.  The parties have appeared for status on the Amended Form 12 petitions on January 30, 2007; February 27, 2007; March 27, 2007; July 10, 2007; September 18, 2007; January 15, 2008, and July 15, 2008. At each status conference, the Probation Department reported improved progress on the part of Ms. Taylor with regards to maintaining a stable residence, verifiable employment, and contact with the Department;

3.  The parties now jointly move the Court to withdraw the Form 12 violation petitions dated November 15, 2006, December 8, 2006, and January 29, 2007;

4.  USPO Richard Brown orally stated in Court on July 15, 2008 that he has no objection to the parties' joint motion to withdraw the Form 12 violation petitions at this time.

IT IS SO STIPULATED.

7/16/2008         /S/
                  ELIZABETH M. FALK
                  Assistant Federal Public Defender

7/17/2008         /S/
                  SUSAN JERICH
                  Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE SHOWN, this Court GRANTS the parties' joint motion to withdraw the Form 12 violation petitions dated November 15, 2006, December 8, 2006, and January 29, 2007. These petition are hereby deemed WITHDRAWN at this time.

DATED: July 18, 2008.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

STIPULATION TO WITHDRAW FORM 12
No. CR-04-0006 WHA