BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Tekeema Renee Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TEKEEMA RENEE TAYLOR, <br><br> Defendant. | No. CR-04-0006 WHA <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR EARLY TERMINATION OF PROBATION <br><br> Date: January 28, 2009 <br><br> Court: Honorable William H. Alsup |

The undersigned parties stipulate as follows:

1. On January 22, 2009, this Court held a status conference on Ms. Taylor's probation conditions. At that time, the parties reported that Ms. Taylor was compliant with those conditions;

2. Ms. Taylor's four year probation term is set to expire in May, 2009 after commencing in May, 2005. Given her success on probation to date, the parties jointly moved to terminate Ms. Taylor's probation early so she can move to Texas with her children to pursue a job opportunity;

STIPULATION TO TERMINATE
PROBATION
No. CR-04-0006 WHA

1

3. United States Probation Officer Richard Brown has confirmed the following information about Ms. Taylor's relocation to Texas: Ms. Taylor will be working as a child care provider at 3303 Ithaca Drive, Missouri City, Texas, 77454. The job is full time and pays $300 per week;

4. Ms. Taylor will be living with her children at the West Chase Forest Apartment Homes, at 11355 Richmond Avenue, Apt 1812, Houston, TX 77082. Her job is located fifteen minutes from her apartment;

5. Ms. Taylor will enjoy the support of several family members and friends in Texas, including several cousins, one of which will be her primary employer;

6. For the aforementioned reasons, the parties jointly request that the Court terminate Ms. Taylor from probation at this time.

IT IS SO STIPULATED.

1/27/2009  _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

1/27/2009  _____/S/_____
SUSAN JERICH
Assistant United States Attorney

1/27/2009  _____/S/_____
RICHARD BROWN
United States Probation Officer

**[PROPOSED] ORDER**

GOOD CAUSE SHOWN, this Court GRANTS the parties joint motion for early termination of probation.

DATED: January 28, 2009

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

STIPULATION TO TERMINATE
PROBATION
No. CR-04-0006 WHA

2

STIPULATION TO TERMINATE
PROBATION
No. CR-04-0006 WHA

3